**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JHAJUAN RUSSAW, | : | Civil No. 1:26-CV-01901 |
| Plaintiff, | : | |
| v. | : | |
| C.O. DROST, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW,** this 26th day of October 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The August 3, 2026 and August 4, 2026 filings, Docs. 11–15, are collectively **DEEMED** to be the amended complaint and can be read as a single document.

2. The claims raised against the following twenty defendants are **DISMISSED** without prejudice: (1) W. House; (2) A. Wakefield; (3) A. Eberling; (4) K. Grossmyer; (5) M. Lykens; (6) the whole security team; (7) T. Conway; (8) M. Fultz; (9) L. Cressman; (10) C.O. Frank; (11) C.O. Lalli; (12) C.O. Macintire; (13) C.O. M.A. Morgen; (14) C.O. Tress; (15) C.O. Henry; (16) C.O. E.R. Gains; (17) C.O. Conway; (18) C.O. Cook; (19) C.O. Deline; and (20) C.O. Airlteart.

3. In accordance with Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court shall serve a copy of the complaint (Docs. 11–15), notice of lawsuit and request to waive service of summons (form AO 398), waiver of service of summons (form AO 399) and this Order on the following forty-one named Defendants employed at SCI Huntingdon: (1) Superintendent J. Rivello; (2) Medical Director O. Adegoke; (3) Psychiatrist J. Tress; (4) C.O. Drost; (5) C.O. Aferten; (6) C.O. P. Smith; (7) C.O. Park; (8) C.O. Carroll; (9) C.O. Anna; (10) C.O. Wakeland; (11) C.O. Rossman; (12) C.O. Wakefiled; (13) C.O. Labore; (14) C.O. Bulick; (15) C.O. Marker; (16) C.O. K. Coolder; (17) C.O. Boyd; (18) C.O. Hayles; (19) C.O. Rosentaill; (20) C.O. Hall; (21) C.O.

Metzgard; (22) C.O. Kincle; (23) C.O. Rivers; (24) Seargent S.C. Bulick; (25) Hearing Examiner Scott Ellenberger; (26) C.O. Diehl; (27) C.O. M. Cechrist; (28) C.O. Hockenberry; (29) C.O. Yingling; (30) C.O. Aulmiller; (31) C.O. Kantola; (32) C.O. Knouse; (33) C.O. Dillon; (34) C.O. Strictmatter; (35) C.O. Macgrowl; (36) C.O. Clarr; (37) Captain C. Myers; (38) C.O. Fluke; (39) Seargent D. Greene; (40) Lieutenant T. Diven; and (41) Lieutenant A. Wolfe. In the interest of efficient administrative judicial economy, the court requests that the Defendants waive service pursuant to Federal Rule of Civil Procedure 4(d).

4. If service is unable to be completed due to Plaintiff's failure to properly name the Defendants, or provide a correct mailing address, Plaintiff will be required to correct this deficiency. Failure to comply may result in the dismissal of Plaintiff's claims against the Defendants pursuant to Federal Rule of Civil Procedure 4(m).

5. Plaintiff's request for appointment of counsel, Doc. 17, is **DENIED** without prejudice.

6. Plaintiff shall maintain on file with the Clerk of Court a current address. *See* M.D. Pa. LR 83.18. If the court is unable to communicate with the Plaintiff because the Plaintiff has failed to notify the court of his address, the Plaintiff will be deemed to have abandoned the lawsuit.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania